**Dianna Marie SCHILF, Petitioner/Respondent,**

v.

**Richard Allen SCHILF, Respondent/Appellant.**

**No. ED 99982**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: December 15, 2015

Jane E. Tomich, 309 N. Main Street, Suite 210, St. Charles, Missouri 63301, For Appellant.

Michael C. Todt, Sharon E. Cody (co-counsel), 415 North Second Street, Suite 200, St. Charles, Missouri 63301, For Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, P. J., and Kurt S. Odenwald, J.

### ORDER

**PER CURIAM**

Richard Schilf appeals the trial court's dissolution judgment as it relates to the division and disposal of marital property owned jointly with his former spouse, Dianna Schilf. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their in-

formation only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).